UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARTIN STANLEY IVIE,<br><br>              Plaintiff,<br><br>   v.<br><br>TRAVIS ADAMS, et al.,<br><br>             Defendants. | CASE NO. 3:20-CV-5389-BHS-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: September 18, 2020 |

       The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Martin Stanley Ivie, proceeding *pro se*, initiated this civil rights action on April 24, 2020. *See* Dkt. 1. On June 3, 2020, the Court entered an Order to Show Cause or Amend ("Order") declining to serve Plaintiff's Proposed Complaint and directing Plaintiff to file an amended complaint or show cause why this case should not be dismissed on or before July 6, 2020. Dkt. 6.

       On June 24, 2020, Plaintiff filed an Amended Motion to Show Cause. Dkt. 7. The filing appeared to be a response to the Court's Order. *See id*. The response, however, did not adequately address the deficiencies of Plaintiff's Proposed Complaint, as identified in the Order. As Plaintiff did file a response, the Court directed Plaintiff to file an amended complaint on a proper complaint form. Dkt. 8. The Court warned Plaintiff that if he did not file an amended

1 complaint or *adequately* respond to the Order on or before August 7, 2020, the undersigned would recommend Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* ("Motion to Proceed IFP") be denied and this case be dismissed. *Id*. On August 4, 2020, Plaintiff refiled the Amended Motion to Show Cause, with additional attachments. Dkt. 9.[1]

Plaintiff has failed to comply with the Court's Orders. He has not filed an amended complaint and, as the Court has already found, the Proposed Complaint failed to state a claim upon which relief could be granted and the Amended Motion to Show Cause does not adequately address the deficiencies of Plaintiff's Proposed Complaint. Therefore, the Court recommends this case be dismissed without prejudice for failure to follow a Court order and failure to provide a servable complaint. The Court also recommends all pending motions, including Plaintiff's Motion to Proceed *In Forma Pauperis* (Dkt. 4), be denied as moot.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on September 18, 2020, as noted in the caption.

Dated this 3rd day of September, 2020.

*/s/ David W. Christel*
David W. Christel
United States Magistrate Judge

---

[1] On August 4, 2020, Plaintiff also appealed the Court's Order to the Ninth Circuit Court of Appeals. Dkt. 10. The Court stayed this case pending resolution of the appeal. Dkt. 12. On August 19, 2020, the Ninth Circuit dismissed Plaintiff's appeal. Dkt. 13. On September 3, 2020, the Court lifted the stay. Dkt. 14.